**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(D)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Gene Tony Cooper, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2018-001149

―――――――――

**ON WRIT OF CERTIORARI**

―――――――――

Appeal From Lexington County
J. Cordell Maddox, Jr., Circuit Court Judge

―――――――――

Unpublished Opinion No. 2023-UP-036
Submitted December 1, 2022 – Filed February 1, 2023

―――――――――

**DISMISSED AS IMPROVIDENTLY GRANTED**

―――――――――

Appellate Defender Lara Mary Caudy, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Deputy Attorney General Donald J. Zelenka, Senior Assistant Deputy Attorney General Melody Jane Brown, and Senior Assistant Attorney General W. Edgar Salter, III, all of Columbia, for Respondent.

**PER CURIAM:** We granted Gene Tony Cooper's petition for a writ of certiorari to review the post-conviction relief court's denial of relief. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**[1]

**GEATHERS, McDONALD, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.